1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEXIS DELACRUZ,                          No.  2:21-cv-01821 WBS GGH P

12                 Petitioner,

13          v.                                 ORDER

14   PAUL THOMPSON, et al.,

15                 Respondents.

16

17          Petitioner, a federal prisoner proceeding pro se, filed a petition for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee.

19          Since petitioner may be entitled to relief if the claimed violation of constitutional rights is

20   proved, respondent will be directed to file a response to petitioner's habeas petition.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Respondent is directed to file an answer or a motion to dismiss within sixty days from

23   the date of this order.  If an answer is filed, respondent shall include with the answer any and all

24   transcripts or other documents relevant to the determination of the issues presented in the

25   application. **Respondent is directed to file the record electronically in lieu of paper copies**;

26          2.  Petitioner's traverse, if any, is due on or before thirty days from the date respondent's

27   answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the

28   motion to dismiss; and

                                                    1

3.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated: October 28, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE